Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–30983–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dorinda S. Boyd
  aka Dorinda S. Boyd–Hardy
  8 Woods Edge Court
  Parlin, NJ 08859

Social Security No.:
  xxx–xx–6962

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 11/05/2019 and a confirmation hearing on such Plan has been scheduled for 04/01/2020.

The debtor filed a Modified Plan on 03/25/2020 and a confirmation hearing on the Modified Plan is scheduled for 05/06/2020@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 26, 2020
JAN: mjb

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-30983-CMG
Dorinda S. Boyd                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 26, 2020
                              Form ID: 186             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db             +Dorinda S. Boyd,    8 Woods Edge Court,    Parlin, NJ 08859-3118
aty            +KML Law Group, P.C.,    216 Haddon Avenue,   Suite 406,    Westmont, NJ 08108-2812
518645204       American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518555078      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
518645666      +Christiana Trust, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518555082      +Spec Loan Sv,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2020 00:29:25     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2020 00:29:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518555079      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 00:32:08     Cap1/neimn,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
518555080      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 00:32:07     Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
518575266      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 00:33:29
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518555081      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 00:29:07     Comenitybank/jcrew,
                 Po Box 182789,    Columbus, OH 43218-2789
518628057       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 00:32:15
                 Portfolio Recovery Associates, LLC,    c/o Neiman Marcus,   POB 41067,   Norfolk VA 23541
518555083      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 00:31:55     Syncb/care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
518555871      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 00:33:01     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
```
              Adrian  Johnson    on behalf of Debtor Dorinda S. Boyd evanf@diazlawnow.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```