Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–30983–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dorinda S. Boyd
  aka Dorinda S. Boyd–Hardy
  8 Woods Edge Court
  Parlin, NJ 08859

Social Security No.:
  xxx–xx–6962

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/2/20
Time:            10:00 AM
Location:            Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 27, 2020
JAN: mjb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-30983-CMG
Dorinda S. Boyd                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 27, 2020
                             Form ID: 132              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db            +Dorinda S. Boyd,   8 Woods Edge Court,   Parlin, NJ 08859-3118
aty           +KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
518645204      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
518555078     +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518645666     +Christiana Trust, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518555082     +Spec Loan Sv,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2020 23:12:02     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2020 23:12:00     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518555079     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2020 23:19:22     Cap1/neimn,
               Po Box 30253,   Salt Lake City, UT 84110-0253
518555080     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2020 23:18:14     Capital One,
               Po Box 30281,   Salt Lake City, UT 84130-0281
518575266     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2020 23:18:25
               Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518555081     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 27 2020 23:11:50     Comenitybank/jcrew,
               Po Box 182789,   Columbus, OH 43218-2789
518628057      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2020 23:19:01
               Portfolio Recovery Associates, LLC,   c/o Neiman Marcus,   POB 41067,   Norfolk VA 23541
518555083     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2020 23:19:19     Syncb/care Credit,
               C/o Po Box 965036,   Orlando, FL 32896-0001
518555871     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2020 23:18:11     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
              Adrian  Johnson   on behalf of Debtor Dorinda S. Boyd evanf@diazlawnow.com
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5