Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.: 19–30983–CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorinda S. Boyd
   aka Dorinda S. Boyd–Hardy
   8 Woods Edge Court
   Parlin, NJ 08859

Social Security No.:
   xxx–xx–6962

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 9, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 45 – 44
Order Granting Application for Extension of Loss Mitigation (Related Doc # 44). Loss Mitigation Period Extended to: 9/30/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/9/2020. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 9, 2020
JAN: rms

                                                              Jeanne Naughton
                                                              Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-30983-CMG
Dorinda S. Boyd                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 09, 2020
                              Form ID: orderntc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
aty            #+KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Dorinda S. Boyd evanf@diazlawnow.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5