UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**LAW OFFICE OF DIAZ & ASSOCIATES, P.C.**
**Adrian Johnson, Esquire**
**309 Fellowship Road, Suite 200**
**Mt. Laurel NJ 08054**

Order Filed on September 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-30983

Chapter: 13

In Re:

DORINDA BOYD
          Debtor.

Judge: CMG

### ORDER GRANTING DEBTOR'S MOTION TO VEST DISTRIBUTION OF VESTED PLAN PAYMENTS TO CHRISTIANA TRUST, A DIVISION OF WILMINTON SAVINGS FUND SOCIETY, FSB OWNER TRUSTEE OF RBSHD 2013-1 TRUST; C/O SPECIALIZED LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED**.

**DATED: September 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
**Debtor: Dorinda Boyd**
**Case No.: 19-30983**
**Caption of Order: Order GRANTING Debtor's Motion to Vest Distribution of Vested Plan Payments to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Owner Trustee of RBSHD 2013-1 Trust, c/o Specialized Loan Servicing.**

Upon the Debtor's Motion to Vest Distribution of Vested Plan Payments to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Owner Trustee of RBSHD 2013-1 Trust, c/o Specialized Loan Servicing (the "Motion") through the Office of Diaz & Associates, P.C, attorneys for Debtor, and for good cause appearing for the entry of this Order it is,

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor hereby authorizes the post-petition adequate protection payments made into this case, to be disbursed to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Owner Trustee of RBSHD 2013-1 Trust, c/o Specialized Loan Servicing.

3. The Trustee is hereby authorize to distribute the adequate protection payments received from December 2019 through August 31, 2020 in the total amount of $14,273.20 in accordance to the Chapter 13 Plan filed on November 5, 2019 [ECF #3], propounded for month 1 to 9 in the monthly amount of $1,585.92.