UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**LAW OFFICE OF DIAZ & ASSOCIATES, P.C.**
**Adrian Johnson, Esquire**
**309 Fellowship Road, Suite 200**
**Mt. Laurel NJ 08054**

Order Filed on September 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-30983

Chapter: 13

In Re:

DORINDA BOYD
            Debtor.

Judge: CMG

# ORDER GRANTING DEBTOR'S MOTION TO VEST DISTRIBUTION OF VESTED PLAN PAYMENTS TO CHRISTIANA TRUST, A DIVISION OF WILMINTON SAVINGS FUND SOCIETY, FSB OWNER TRUSTEE OF RBSHD 2013-1 TRUST; C/O SPECIALIZED LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED**.

**DATED: September 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
**Debtor: Dorinda Boyd**
**Case No.: 19-30983**
**Caption of Order: Order GRANTING Debtor's Motion to Vest Distribution of Vested Plan Payments to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Owner Trustee of RBSHD 2013-1 Trust, c/o Specialized Loan Servicing.**

Upon the Debtor's Motion to Vest Distribution of Vested Plan Payments to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Owner Trustee of RBSHD 2013-1 Trust, c/o Specialized Loan Servicing (the "Motion") through the Office of Diaz & Associates, P.C, attorneys for Debtor, and for good cause appearing for the entry of this Order it is,

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor hereby authorizes the post-petition adequate protection payments made into this case, to be disbursed to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Owner Trustee of RBSHD 2013-1 Trust, c/o Specialized Loan Servicing.

3. The Trustee is hereby authorize to distribute the adequate protection payments received from December 2019 through August 31, 2020 in the total amount of $14,273.20 in accordance to the Chapter 13 Plan filed on November 5, 2019 [ECF #3], propounded for month 1 to 9 in the monthly amount of $1,585.92.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-30983-CMG
Dorinda S. Boyd                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 18, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db              +Dorinda S. Boyd,    8 Woods Edge Court,    Parlin, NJ 08859-3118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Dorinda S. Boyd evanf@diazlawnow.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5